UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**
FEB 1 5 2008
Feb 15, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Tommie A. Rivens

v.

Defendant(s) Supt. Snooks
Tom Dart
Cook County

)
)
)
)
)
)
)
)
)
)

**08CV962
JUDGE KENNELLY
MAG. JUDGE COLE**

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Tommie A. Rivens, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Contacted Several attorney

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Tommie A. Rivens
Movant's Signature

P.O. Box 089002-2006003-6307
Street Address

Chicago IL 60608
City/State/Zip

Date: 1/2/08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Ruban Costello | Case Number | |
|---|---|---|---|
| Case Title | Rivears v. Sheahan | | |
| Appointed Attorney's Name | Jenner & Block | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | ☐ | | |