**FILED**

FEB 1 5 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Tommie A. Bivens
_____
Plaintiff

v.

Tom "Dart"
Supt Brooks
Cook County
_____
Defendant(s)

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

08CV962
JUDGE KENNELLY
MAG. JUDGE COLE

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Tommie A Bivens, declare that I am the ☒plaintiff ☐petitioner ☐movant (other ___) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. #2006-003-6309___ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: _____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: ~~~~~~~~~

   a. If the answer is "No":
      Date of last employment: 1985-2-8-85
      Monthly salary or wages: $1800 labor
      Name and address of last employer: 1217 S. Michigan 13H
      Construction

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                ☐Yes  ☒No
      Amount __0__  Received by __0__

    b.   ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes     ☒No
    Amount _____0_____ Received by __0__

    c.   ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☐No
    Amount _____0_____ Received by __0__

    d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support     ☐Yes     ☐No
    Amount _____No_____ Received by __No__

    e.   ☐ Gifts or ☐ inheritances     ☐Yes     ☐No
    Amount _____No_____ Received by __No__

    f.   ☐ Any other sources (state source: _____No_____ )     ☐Yes     ☐No
    Amount _____No_____ Received by __No__

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   No ☐Yes   ☐No   Total amount: __No__
In whose name held: __No__ Relationship to you: __No__

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? __No__   ☒Yes   ☐No
Property: __No__ Current Value: __No__
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☐No
Address of property: __None__
Type of property: __None__ Current value: __None__
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐Yes   ☐No
Property: __No__
Current value: __No__
In whose name held: _____ Relationship to you: _____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
__None__

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-15-08

_Tommie R. Bivens_
Signature of Applicant

_Tommie A. Bivens_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Tommie Bivens_, I.D.# _20060636309_, has the sum of $ _0.55_ on account to his/her credit at (name of institution) _Cook County Jail_. I further certify that the applicant has the following securities to his/her credit: _N/A_. I further certify that during the past six months the applicant's average monthly deposit was $ _20.83_.
(Add all deposits from all sources and then divide by number of months).

2-1-08
DATE

_[signature]_
SIGNATURE OF AUTHORIZED OFFICER

_Brian Carey_
(Print name)

rev. 10/10/2007