

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 15 2008 MB
Feb 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tommie A. Bivens

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Defendants: 1 Supt. Snooks
Sheriff Thomas Dart
Cook County

Case No: _____
(To be supplied by the Clerk of this Court)

08CV962
JUDGE KENNELLY
MAG. JUDGE COLE

(Enter above the full name of all
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

PLEASE DOCKET & RETURN TO
STAFF LAW CLERK ROOM 2302-B
If unable to
view

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Lonnie A. Bivens

B. List all aliases: none

C. Prisoner identification number: 2006-003-6309

D. Place of present confinement: Divison II Cook County Jail

E. Address: P.O. Box 089002 Chicago Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Supt. Snooks
   Title: Supt. of Divison II's Cook County Jail
   Place of Employment: Cook County Jail Div-11

B. Defendant: Thomas Dart
   Title: Sheriff of Cook County
   Place of Employment: Cook County

C. Defendant: Cook County
   Title: Employer of Defendants 1 and 2
   Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Bivens v. Sheahann_ _See Jenner & Block Att Kevin McAll_

B. Approximate date of filing lawsuit: _96 November_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _2,000 Plaintiff's "Class Action" I wouldn't know the other names I was never given a list._

D. List all defendants: _Sheahann, Wackenhut Corp: et al_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal Court 219 S. Dearborn_

F. Name of judge to whom case was assigned: _Honorable Ruban Costello_

G. Basic claim made: _Food Posioning Five Devisions._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settled $500,000_

I. Approximate date of disposition: _2001_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *Biven v. Nissian Foods Case # Unknown*

B. Approximate date of filing lawsuit: *2006*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Tommie A. Bivens*

D. List all defendants: *Nissian Foods Et Al*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Federal 219 S. Dearborn*

F. Name of judge to whom case was assigned: *I Can't Remember*

G. Basic claim made: *Choaking on Factory obstruction sent in with the noodles + noodle. A form of Plastic Tape That Shouldn't Been with The Food Blended From View*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Dismissed I Asked For Under $75,000 In Damages*

I. Approximate date of disposition: *2007 Jan or Feb*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I state and stand by the claims made by me Plantiff me Tommie A. Bivens Born 5-3-56 ...

In November 2007 around the 20TH Defendants #1. Supt. Snooks Permitted the Continued Unsafe Policy of 3 men to the cell's designed for one #2. To Be Housed.

I lived in Division 11 102 CC Pod T. Bivens, J Brooks & M. Sims were the 3 in the cell.

Defendent #1 Supt. Snooks knew to change "the safe floor Plan" of the "8½ x 11 Foot Cell" cutting down the #5 feet of safe walking space from the Bed to the door or the toilet. to 2½ feet with an obstruction to wit "A Mattress & Third Body"; would create Hazordios conditions

4

Revised 9/2007



These unsafe conditions are increased when the lights are out and one or more of the men in this small cell suffer a handicap, such as Plantiffs Bad Legs.

The over 50 Deck or over 35 is full of Iamates with physical challenges.

Im 51 years old, I suffer from Arthrist,... The staff under Defendants 1. Supt. Snook is aware of my problem. I've Been Given Double Mattress To Sleep On And walk with a cane, they Refuse to allow me to have on the Deck. I understand this part (incase of Jail Violence) "Safety measures they say," Plantiff's Safety was not in the intrest of Defendants 1. Supt. Snook's when He Gave the order to Place A Third man in the cell with Mr. Bivens And Mr. Brook, Defendant's #1. Supt Snooks knew the mattress on the floor of that small cell would create a walking hazord.

Revised 9/2007

#3

On or about the 20th of November 2007 Plantiff Tommie A. Bivens was assigned to cell 102 Div-11-CC. James Brooks was also assigned to that cell designed for only two.

A third man was then assigned. Michael Sims 20070084120 to the same cell 102 Div-11-CC.

There was no bunk space for Mr. Sims he was ordered by the Cook County Sheriff to place his mattress on the floor

This deducted considerably from the already cramped space. With the lights out it became dangrous and Plantiff eventualy tripped over Mr. Sims mattress

He fell into the cornor wall head and shoulder first.

3 1/2

Plantiff burned a patch of skin from his left shoulder on that wall. He badly damaged the nerves in his neck and now suffers from muscle atrophy, a pinched nerve and claustrophobia from the fall.

The badly pinched nerve in Plantiff's neck has caused a 75% loss of muscle tissue in that left arm and very limited use of normal "strength and mobility" in Plantiff's left arm, a total decrease.

Plantiff awaits further information regarding an open M.R.I. or sedation. To move forward with the operation needed to fuse a bone in his neck, correcting what could be corrected in the upper spine.

Orthopedic Dr. Mejia of Cermack Hospital

Dr. X. Yu of Cermack Hospital
Dr. C. Altez of Cermak

Dr. Ritter of Stroger County Hospital can all testify to Plantiff's damages with existing X-rays.

4

IV. **Statement of Claim:**

~~State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)~~

Plantiff only has 25% of his left arm normal use and due to the nerve restriction its lost 75% of its normal weight and it is in constant pain.

I further state and stand by the claim that Thomas Dart Sheriff of Cook County knew of problems that could arise by not curtailing prisoner overflow.

He Defendant #2 Thomas Dart chose to show deliberate indifference. He is well aware of substantial risk of serious harm related to over crowding and failed to respond reasonably before



#5

Plantiff's Injury's occured. Plantiff state and stand By The claim That His Loss and Harm Is The Direct Result of Defendants #2 DART Negligence As well As Defendants #1 Snook's

The Two Men Are employed By Cook County Who Too was Aware of the over crowding Problem And The Hazordious Conditions It Creates.

Which Leads Too Named problems And Is Also why those Conditions Exist. Cook County was Negligent And Lead To Plantiff's Damage so states Plantiff

Plantiff's Conditions are Basicly Illnesses That Can't Be cured And Reversed. He's Handycaped For Life From The Neglegence of Defendants 1,2,&3

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plantiff Humbly Request The court's To Issue An Order Declairing Defendants 1 Snooks And 2 Thomas Dart Pay All medical Bills. Further Deffendant Employers Insurance pay $900,000 Each in Compensatory Damages And $300,000 Each in Punitive Damages Or What Ever The court feel Is Fair

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __22__, 2008

_Tommie A. Bivens_
(Signature of plaintiff or plaintiffs)

Tommie A. Bivens
(Print name)

2006-003-6309
(I.D. Number)

P.O. Box 089002
Chicago, Il 60608
(Address)

# Statment

I Michael Sims State and Stand By The Claim and Facts Described In This Written Statement.

On 11-20-07 Mr. Tommie A. Bivens Triped over My mattress which was Layeing In The Floor From The Far Wall To the Center of the Cell, Designed only For one or Two Inmates To Live I was The Third Man assigned To The Room. IN Doing So He Scraped Skin off His Left Sholder as He Crashed Into The Wall Then Strikeing His Head on The Cornor Before Falling all The Way To The Floor. "I Saw This Happen".

I Couldn't use one of The Bunks In The Cell Division-11-CC-103 Because There was already Two men assigned To The Cell.

#1 Tommie Bivens 2006-003-6309  #2 James Brooks 2007-006-5898
I was The third man. Michael Sims
2007008 4120

Signed Michael S
2007008 4120

Date. 1/2/08



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Tommie A. Bivens   Today's Date: 11-23-07

ID #: 2006--0036309 Division: 11  Tier: CC  Birth Date: 5-3-56
(Booking Year) (Number)                         102

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: I Fell over The Mattress on The Floor Belonging To The Third Man In The 2 Man Cell Assigned To Me & James Book now Michael Sims as well. My Head & My Back Is Scraped Bad From The Wall Please Call me It Hurts Like Heck!

How long have you had this problem? 3 (**days** / weeks / months) (circle one)
Next Court Date:

### !!!STOP!!!   DO **NOT** WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC  Date:

**Initial Provider Note:** _____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:  ☐ Sick Call  ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**

Appointment Date: _____

Signature/Title: _____

Date: _____ Time: _____

[handwritten margin note: Hand Written Copy]

PATIENT LABEL

Form#: 88322 Rev: March 2005

**Prescription Order**
Nursing / CMT / Dialysis Copy

Patient: Bivens, Tommie
ID: 20060030...  D: 1/4/08
Location: 11
Date of Birth: 3-5-...

RX  Patient may wear collar as needed.

Medik [signature]

Form 853.01

3