# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Tommie Bivens v. Supt. Snooks, Sheriff Thomas Dart and County of Cook | Case Number: 08 C 962 |
| | Judge: Kennelly |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sheriff Thomas Dart

SIGNATURE  /s/ Paul W. Groah

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    TELEPHONE NUMBER
6192200                                   (312) 603-5147

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☒    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☒    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐