UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOMMIE A. BIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 962 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Matthew Kennelly |
| DEFENDANT SUPT. SNOOKS, | ) | |
| SHERIFF THOMAS DART, COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ENLARGE THE TIME PERIOD IN WHICH
TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendant SHERIFF DART, through his attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his Assistant State's Attorney, Paul W. Groah, pursuant to Federal Rule of Civil Procedure 6(b)(1), moves this Honorable Court to enlarge the time period in which to answer or otherwise plead to May 19, 2008 and to vacate any and all defaults that may been entered. In support, Defendants state:

1. Defendant Sheriff Thomas J. Dart was served with process on March 25, 2008.

2. Defendant Sheriff of Cook County Thomas Dart subsequently requested representation from the Cook County State's Attorney's Office, and the undersigned attorney was just assigned to represent the Defendant(s) in this matter.

3. The undersigned has ordered Cook County Department of Corrections records and Cermak Health Services Medical records that may be germane to Plaintiff's claims. These are expected to be available approximately four weeks from the filing of this motion.

4. That once the undersigned attorney is in receipt of all relevant correctional and medical records regarding the incident(s) alleged in the complaint, he will have to determine

whether an answer or dispositive motion should be filed on behalf of the defendant. If an answer is to be filed, the undersigned must meet with all served defendants to prepare their answers and determine whether any conflict in representation exists.

5. The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

WHEREFORE, Defendant Sheriff of Cook County Thomas Dart respectfully requests that this Honorable Court grant him an enlargement of time until May 19, 2008 to move, answer or otherwise plead in this matter and request that the court vacate any defaults, technical or otherwise that may have been entered.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:  *s/ Paul W. Groah*
Paul W. Groah
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5147