UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOMMIE A. BIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 962 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Matthew Kennelly |
| DEFENDANT SUPT. SNOOKS, | ) | |
| SHERIFF THOMAS DART, COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Tommie A. Bivens
      #2006-0036309
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on April 17, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Matthew Kennelly in the courtroom usually occupied by him in Room 2103 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendant's Motion for Enlargement of Time.*

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ *Paul W. Groah*
      Paul W. Groah
      Assistant State's Attorney
      Civil Actions Bureau
      500 Richard J. Daley Center
      Chicago, Il 60602
      (312) 603-5147

## CERTIFICATE OF SERVICE

I, Paul W. Groah Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on April 11, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

/s/ *Paul W. Groah*
Paul W. Groah