**FILED** 4-17-08

APR 17 2008

APR 17 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C962

Dear Clerk, or Judge,

I've not been able to get the copies needed to serve each defendant with the amended complaint.

Will you Please Help me?

The Left Side of My Body Has Lost feeling from My Sholder to My Fingers and Normal Is along with weight.

Now the Entire Right Side of My Face & Neck Is Numb From Time to Time.

I Need The operation Before I'm Done For.

I appreciate any Help along the way Please Excuse so many Papers But I Tryed Hard to Get this Resolved without Going to Court.

Even appealed Not Hearing From Them without any answers or Continued Treatment at all.

No Body Here wants to Go against the Grain Even when the Grain Is wrong. I Can't Do it without the courts and an attorney. Thank you

Tommie Sikes