FILED
APR 17 2008
APR 17 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Tommie A Bivens )
)
v. )
) Case Number: 08C0962
)
Defendant(s) Supt. Snooks et al )
) Judge Honorable Kennelly
)
)
)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Tommie A Bivens, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I've sent letters and called where ever the phones would except accept the calls.

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Tommie A Bivens
Movant's Signature
P.O. Box 089002
Street Address
2006-000-6309
Chicago, IL 60608
City/State/Zip

Date: 4-14-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| | |
|---|---|
| Assigned Judge | HonorAble RubAn Costello |
| Case Title | Bivens v. SHeAHAn |
| Appointed Attorney's Name | Jenner & Block Kevin mccall |
| If case is still pending, please check box: | NO |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

*The Law Offices of*
# RODRICK F. WIMBERLY & ASSOCIATES

439 E. 31ST STREET  
SUITE 208  
CHICAGO, ILLINOIS 60616

TELEPHONE (312) 949-0800  
FACSIMILE (312) 949-9614  
E-MAIL: rfwimberly@sbcglobal.net

## DISENGAGEMENT LETTER

January 21, 2008

Tommie A. Bivens (#20060036309)  
Cook County Dept. of Corr.  
Division 11  
2700 S. California  
Chicago, IL 60608

Dear Mr. Bivens:

PLEASE BE ADVISED that we have carefully reviewed your civil rights claim, pro se complaint and all of the information provided to us regarding the same. After thorough review of all available information regarding the claim, we have determined that we cannot represent you as your attorney in this particular case. We are not making a determination as to the merits of your case, but are merely advising you that we will not be able to represent you as your attorney, nor will we proceed in this matter on your behalf.

If you wish to pursue this matter further, you may feel free to seek the services of another attorney and you should do so immediately. PLEASE NOTE THAT THERE IS A TIME LIMITATION IN WHICH YOU CAN FILE A LAWSUIT AGAINST ANY AND ALL LIABLE PARTIES, ESPECIALLY THE COUNTY OR STATE ENTITIES. IF YOU DO NOT FILE A LAWSUIT AGAINST ANY AND ALL LIABLE PARTIES ON OR BEFORE THE LIMITATIONS DATE YOU WILL FOREVER BE BARRED FROM RECOVERING FROM YOUR INJURIES.

We are pleased that you took the time to consult us and do not take lightly the trust that you placed in us to review your case to possibly represent you. Please understand that as much as we would like to, we cannot handle all the matters for which we are consulted. We wish you the very best, and although we could not represent you in this case, please don't hesitate to call us if you ever need our advise or assistance.

Very Truly Yours,

*[signature]*

Rodrick F. Wimberly

DEAR ATTORNEY,

My name is TOMMIE A. BIVENS, I'm in need of a lawyer to handle my personal injurys case.
It's already filed in the federal courts and has left me handy capped for life.
I have what's called Muscle Atrophy now which has left me with only 25% of normal strength and use of my left arm.

The arm has also lost massive muscle tissue and I'm forced to take baclefin three times a day to avoid the harsh pain that comes from the pinched nerve caused by the accident.

The Accident: On or about the 20th of november 2007 I was housed in division 11 of the cook county jail as a pretrial detainee.
The cell was 102 on wing CC. This cell was designed for two people as the safe floor plans of the property was drawn up for insurance perposes.

WHEN DEFENDANTS 1 Supt. SNOOKS of the cook county jail and DEFENDANT 2 THOMAS DART ALLOWED THREE MEN TO BE HOUSED IN ONE CELL DESIGNED FOR TWO, THEY CHANGED THE SAFE SPACE TO DWELL TO AN UN SAFE LIVING SPACE.

I fell in the dark over the mattress of Michael Sims WHo's mattress was on THe Floor. He was the third man added to the cell which already housed Plantiff Tommie Bivens and James brooks.

Sence then theres has been repeated attempts to get to sick call for a sedated M.R.I. Exam because Plantiff has a bad case of CLAUSTROPHOBIA now thats also getting worse. All TO NO AVAIl.

Please contact me at :

P.o. Box 089002
CHicago, Ill 60608

Tommie V. Bivens
Tommie A. Bivens

My Contition Is Also Getting Worse I need Help Soon Thank you.