RE: Bivens v. Supt Snooks et al
Case Number 08 C 962

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

4-15-08

Honorable Judge Kennelly,

1. In March 3 Docket Entry Text: My Motion For Counsel was denied Without Prejudice To Renewal by Plaintiff after Defendants Respond To The Complaint.

2. In The Case of Tommie A. Bivens vs. Supt Snooks et al. Defendants Has answered Through Their attorney Paul W Groah.

3. Our Case Is To Come before you 5-19-08

4. I Sent In an amended Complaint yesterday Before I Received The amended Complaint Forms. Please For Give The Crudness of Its Preperation This Is Very Hard For Me To Do Here without Counsel.

Thank you for Your Time To Read These Few Words.

Respectfully Submitted
Tommie A. Bivens
2006-003-6309
P.O. Box 089002
Chicago, Il 60608