# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 962 | **DATE** | May 29, 2008 |
| **CASE TITLE** | Tommie A. Bivens (#2006-0036309) v. Supt. Snooks, et al. | | |

**DOCKET ENTRY TEXT:**

The Court grants Plaintiff's motions for appointment of counsel [17, 20] and appoints Maria J. Minor, Neal Gerber & Eisenberg LLP, Two N. LaSalle Street, Suite 2200, Chicago, IL 60602 (312-269-8439), to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37. Plaintiff's motion for leave to file an amended complaint [18] is denied without prejudice to appointed counsel filing an amended complaint. The case is set for a status hearing on 6/23/08 at 9:30 a.m. so that the Court can set a deadline for filing an amended complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|