## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TOMMIE A. BIVENS,           ) | |
|                             ) | |
| Plaintiff,         ) | 08 C 962 |
|                             ) | |
| vs.                         ) | Honorable Judge |
|                             ) | Matthew Kennelly |
| DEFENDANT SUPT. SNOOKS,     ) | |
| SHERIFF THOMAS DART, COOK COUNTY ) | |
|                             ) | |
| Defendants.        ) | |

### NOTICE OF FILING

To:   Tommie A. Bivens
      #2006-0036309
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on the May 30, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached *Defendant's Dart, Snook's and Cook County's Answers and Affirmative Defenses to Plaintiff's Complaint*.

                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

                        By:   /s/ *Paul W. Groah*
                              Paul W. Groah
                              Assistant State's Attorney
                              Civil Actions Bureau
                              500 Richard J. Daley Center
                              Chicago, Il 60602
                              (312) 603-5147

### CERTIFICATE OF SERVICE

I, Paul W. Groah Assistant State's Attorney, hereby certify that the attached was served upon the person named above on May 30, 2008, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                    /s/ *Paul W. Groah*
                                    Paul W. Groah