# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tommie A Bivens

                Plaintiff,

v.

Supt. Snooks, et al.

                Defendant.

Case No.: 1:08−cv−00962
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 6/23/2008 and continued to 7/24/2008 at 09:30 AM. Defendant's attorney fails to appear and is directed to appear at the next status hearing. Plaintiff has leave to file amended complaint on or before 7/24/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.