# EXHIBIT 1

Statement

I Michael Sims State and Stand
By The Claim and Facts Described In This
Written Statement.

On 11-20-07 Mr. Tommie A. Bivens Tripped
over My mattress Which was Laying In The
Floor From The Far Wall To The Center of The
Cell, Designed only For one or Two Inmates To Live
I was The Third Man assigned To The Room.
IN Doing So He Scraped Skin off His
Left Sholder as He Crashed Into The Wall
Then Striking His Head on The Corner Before
Falling all The Way To The Floor.
"I Saw This Happen".
I Couldn't use one of The Bunks In The
Cell Division -11-CC-107 Because There was
already Two men assigned To The Cell.
#1 Tommie Bivens 2006-003-6309 #2 James Brooks 2007-006-5898
I was The Third Man. Michael Sims
20070084120

Signed [signature]
Date. 1/2/08            20070084120