# EXHIBIT 2

Case 1:08-cv-00962   Document 7   Filed 03/03/2008   Page 13 of 14   ✓


Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

## DETAINEE HEALTH SERVICE REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: Tommie A. Bivens   Today's Date: 11-23-07

ID #: 2006-0036309 (Booking Year)(Number)   Division: 11   Tier: CC / 102   Birth Date: 5-3-56

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: I Fell over the Mattress on the Floor belonging to the Third man In the 2 man cell assigned to Me & James Beck now michael Sims as well. My Head & My Back is scraped Real from the wall Please call me It Herts like Heck!

How long have you had this problem? 3 (days) / weeks / months (circle one)
Next Court Date:

### !!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:  ☐ Medical  ☐ Dental  ☐ Mental Health  ☐ Health Educator  ☐ DOC   Date:

**Initial Provider Note:** _____

Signature/Title: _____ Date: _____ Time: _____

**Secondary Disposition:** (as indicated): Recommended Follow-up:   ☐ Sick Call   ☐ PRN
Signature/Title: _____ Date: _____ Time: _____

**Appointment Scheduler:**
Appointment Date: _____
Signature/Title: _____
Date: _____ Time: _____

PATIENT LABEL

Form #: 86322 Rev: March 2006

(Handwritten margin notes: "COPY", "Hand Written Copy")