# EXHIBIT 3

Case 1:08-cv-00962    Document 33-4    Filed 07/24/2008    Page 1 of 2

**Prescription Order**
Nursing / CMT / Dialysis Copy

Patient: Givens, Tommie

Rx: Patient may wear collar as needed

Physician: Medix

Form 853.01