# EXHIBIT 4

Second
Scraved

Part-A / Control # 4 9 X

Referred To: _____

☐ Processed as a request.   MTI

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Bivens A.   First Name: Tommie

ID #: 2006-003-6304  Div.: _____  Living Unit: _____  Date: 1/30/08

BRIEF SUMMARY OF THE COMPLAINT: I Need It To be made a Matter of Record That The order For Pain Medication By The Doctor on 1-25-08 Was Deleberately "Removed or IGNORED" BY A NURSE WHO's Caused me To write Her up In The Past For allowing Her Personal opinion/views of PreTrial Detainees To Violate Her oath of PROfessionalism.

Nurse Jinwens or Jinnings, The ATypical TreatmenT IS The Results of LACK of Respect For The Job or Targeted Inmates. STAFF OS Aware I HAVe A serious medical need. Their Choosing To show deliberate inDifference To my serious medicAl need And This deliberate inDifference IS CAUSING Further INJURy.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING: _____

_____

**DETAINEE SIGNATURE:** Tommie A. Bivens

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: ___/___/___

> *Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)