# EXHIBIT 5

Part-A / Control #: 19 RX

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Bivens** First Name: **Tommie**

ID #: **2006-0036309** Div.: _____ Living Unit: _____ Date: **2/5/08**

BRIEF SUMMARY OF THE COMPLAINT: Exhaustion of Remedies Regarding on Going medical malpractice. I have a couple of diagnosed serious medical needs. 1. Muscle Atrophy and 2. Very Advanced stages of Arthrist. There are medications prescribed to avoid pain no one should have to live with in this day and time!! I only asked that the prescriptions be filled and given to me as the Dr. orders to bring an end to this deliberate indifference.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: *Tommie N. Bivens*

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: __/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)