# EXHIBIT 6

Filed

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Tommie A. Bivens**    First Name: **Tommie**

ID #: **2006-0036309**    Div.: **11**    Living Unit: **GG**    Date: **2/28/08**

BRIEF SUMMARY OF THE COMPLAINT: "Pretrial Detainees Rely On Cook County Sick Call/Health Services To Treat Medical Needs If Authorities Continue To Fail To Do So Those Needs Will Not Be Met" Estelle V. Gamble, 429 U.S. 97, 103 (1976) 1' You are aware I Have a Serious Medical Need; 2' Health Services Officials Continue to Show "Deliberate Indifference" To My Serious Medical Need and This Deliberate Indifference Is Causing Further Injury. My Injury Has Been Diagnosed By a Physician as Mandating Treatment. Its So Obvious Even a Lay Person Would Easily Recognize The Necessity For a Doctors Attention. See H/V. DeKalb Reg'l Youth Ctr. 2   I Need To Get To Sick Call 40 F.3d 1176, 1187 (11th Cir. 1994).   To Discuss My Failed M.R.I. To Move forward with operation.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
**1 Shift C.O's and Our Counslour**

ACTION THAT YOU ARE REQUESTING: **I Need To Have My Ibuprofen Renewed I Need To also Be Called Before The Doctor To Discuss Personal Injury Sickcall I've Put In over 5 Slips To No avail Why am I Being Neglected?**

DETAINEE SIGNATURE: **Tommie A Bivens**

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

The Time Factors Here Proves Clearly
There's Been A Delay In Treatment

Part – B / Control # 2008X0228

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Burks   First Name: Tommie   ID# 2006-0036309

Is This Grievance An **Emergency**?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges medical neglect

C.R.W. Referred Griev. To: Cermak   Date Referred: 2/7/08

Response Statement:
Referred to Patient Care Services

C. Smith (print- name of individual responding to this griev.)   C. Smith (signature)   Date: 2/8/08   Div./Dept. CMS

LT A. ANDREW GAITHER (print - name of Supt./Designee/Dept. Admin.)   LT M. Andrew (signature)   Date: 2/11/08   Div./Dept. XI

(Warden) (print - name of Prog. Serv. Admin./Asst. Admin.)   (signature)   Date: 2/8/08

Date Detainee Received Response: 2/12/08   Detainee Signature: Tommie A Burks

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 3/5/08

Detainee's Basis For An Appeal: Tommie A Burks - I Have Very Bad Artheistis In Both Legs + Muscle Atrophy on The Left Side of My Body From a Badly Penched Nerve. I Failed the M.R.I. Because I am Claustrophobis - I need to see The Doctor For My Operation They Continue To Refuse me.

Appeal Board's Acceptance Of Detainee's Request: YES ☑   NO ☐

Appeal Board's Reasoning/Decision/Recommendation To The Superintendent Or Administrator:
Please follow up on this detainee's medical issues.

Appeal Board's Signatures/Dates: 4/8/08   4/8/08

Date Detainee Rec.'d the Appl. Bd.'s Response: 4/15/08   Detainee Signature: Tommie A Burks

2-7-08 to 4-15-08 = 67 Days of denial

GRIEVANCE CODE(S): ( )( )( )

(WHITE COPY - PROG. SERV.)   (YELLOW COPY - C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY - DIVISION/SUPT. OFFICE)

PROG. SERV.
Detainee