# EXHIBIT 7

*(xxxd 4/21)*

"I continue to grievance this issue, appeal and speak with anyone who will listen. I've exhausted all legal remedies months ago. This is just more proof nothing's changed."

Part-A / Control #: 2008 X 0720
Referred To: Cermak
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Bivens  First Name: Tommie
ID #: 2006-0031304  Div.: 11  Living Unit: CC w/  Date: 4/14/08

BRIEF SUMMARY OF THE COMPLAINT: Denial of further medical treatment for my serious illnesses diagnosed by a physician. The said delay and denial is motivated by retaliation with evil intent for filing grievances concerning past and present medical issues regarding meds not received or the many as 9 requests for doctor visits to continue treatment being denied or appointments being canceled with in the past 68 days to date (4-4-08) Judge Stanley even sent an order back for me to be allowed to continue treatment. It too has been ignored. These violations are highly inadequate for medical practice or care.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: CC 1 shift CO's last 90, C.R.W. Wilson & his supervisor, the medical staff responsible for said medical delay of treatment, CRW Dean for C.C. wing

ACTION THAT YOU ARE REQUESTING: To be allowed to continue treatment without further delay. In retaliation for previous grievances envolving medical negligence.

DETAINEE SIGNATURE: Tommie N. Bivens

C.R.W.'S SIGNATURE: Soc Work Dean   DATE C.R.W. RECEIVED: 4/18/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Others I never received answers one way or the other.

Filed 4-4-08
Submitted by staff 4-18-08