# EXHIBIT 8

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **BIVENS**    First Name: **TOMMIE**

ID #: **2006-0036309**    Div.: **11**    Living Unit: **CC**    Date: **4/18/08**

**BRIEF SUMMARY OF THE COMPLAINT:** The objective evidence displayed in once again the delay of medications for pain has become "one that fits the mold" of Retalatory actions for past Greevances filed, on two issues. 1) Delay's up to 12 days of medication prescribed to be delivered and 2) Harrasment Cancellation of Scheduled Doctors appointments. So I can continue Treatment after a failed M.R.I. again for the 5 time. Medical staff is aware of my serious medical need and choose to fail too respond reasonably to it. Lt. Mayweather has taken me down to Sick call twice in the past regarding same issue.

**NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
The Nurses who'll speak out and Lt. Mayweather along with C.O Co's

**ACTION THAT YOU ARE REQUESTING:** I'm Simply Requesting Medications Prescribed to me by the Doctor to treat my illness to be Given to me and to be allowed to see the Doctor.

**DETAINEE SIGNATURE:** Tommie N. Bivens

**C.R.W.'S SIGNATURE:** _____    **DATE C.R.W. RECEIVED:** ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)