# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 962 | **DATE** | 7/24/2008 |
| **CASE TITLE** |  | Bivens vs. Snooks | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's attorney, Paul Groah, is ordered to show cause why he should not be held in contempt of court for violating this Court's order of 6/23/2008. Hearing set for 8/14/2008 at 9:30 AM. 26(f) conference is to be held by 8/26/2008. Clerk of Court is directed to mail a copy of this order to Donald Pechous, 500 Richard J. Daley Center, Chicago, IL 60602.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|