# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Tommie Bivens  (Plaintiff)

　　　　v.

Supt. Snooks, et. al.,  (Defendants)

Case Number:  08 C 962

Judge: Matthew F. Kennelly

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Supt. Snooks
Sheriff Tom Dart
Cook County

SIGNATURE  /s/ Donald J. Pechous

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER
6192200                                  (312) 603-5147

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐