**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOMMIE A. BIVENS, ) | |
|    Plaintiff, ) | No. 08 C 962 |
| v. ) | |
| SUPT. SNOOKS, et al., ) | Honorable Judge Mathew F. Kennelly |
|    Defendants. ) | |

## DEFENDANTS' MOTION TO CONTINUE SHOW CAUSE HEARING

NOW COME the Defendants Thomas Snooks, Sheriff Thomas Dart, and Cook County, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Donald J. Pechous, and move this Honorable Court as follows:

This Court entered an order for a hearing on why defendants' counsel, Paul W. Groah, should not be held in contempt for his failure to appear at a July 24, 2008 status hearing. The undersigned counsel is the supervisor of Mr. Groah and has filed his appearance in this cause.

Mr. Groah and the undersigned counsel are both counsel of record, and currently on trial, in the case of *Richman v. Burgeson, et al.*, 98 C 7350, presently pending before the Honorable Joan B. Gottschall. The *Richman* trial was originally scheduled to begin on July 14, 2008. The jury was selected on July 21, 2008 and is expected to continue until at least August 14, 2008, the date the Court set for the show cause hearing. Mr. Groah's failure to appear at the July 24th hearing (or have other counsel appear in his stead) was inadvertent and directly attributable to the *Richman* trial.

The undersigned expects that August 14th, or August 15th, 2008, will be the date when closing arguments are presented to the jury. The *Richman* case is a complex case civil rights case involving allegations of wrongful death against eighteen individual deputy sheriffs. Mr. Groah and the undersigned represent all eighteen defendants. The witness list in *Richman* contains fifty-nine individuals, five of whom are experts. Nearly four weeks of testimony will have been presented to the jury.

For the foregoing reasons, the appearance before the Court on August 14, 2008, of either Mr. Groah, or the undersigned, will certainly disrupt the trial and may result in significant prejudice to the eighteen defendants in the *Richman* case.

Accordingly, the defendants respectfully request that this Honorable Court continue the show cause hearing to either August 21, 2008, August 22, 2008, or any date after September 9, 2008, that is convenient to the Court. At that time, Mr. Groah and the undersigned will appear as ordered and demonstrate to the Court why Mr. Groah should not be held in contempt for his failure to appear at the July 24, 2008, status hearing.

    Respectfully Submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County

    By: /S/ Donald J. Pechous
        Donald J. Pechous
        Supervisor
        Torts/Civil Rights Litigation
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-3378