**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TOMMIE A. BIVENS,** ) | |
| ) | |
| Plaintiff, ) | No. 08 C 962 |
| ) | |
| v. ) | |
| ) | Honorable Judge |
| **SUPT. SNOOKS, et al.,** ) | Mathew F. Kennelly |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Counsel of Record

    **PLEASE TAKE NOTICE** that on August 14, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Matthew Kennelly in the courtroom usually occupied by him, Room 2103, of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached ***Defendants' Motion to Continue Show Cause Hearing***.

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                                        By: /S/ Donald J. Pechous
                                            Donald J. Pechous
                                            Supervisor
                                            Torts/Civil Rights Litigation
                                            500 Richard J. Daley Center
                                            Chicago, IL 60602
                                            (312) 603-3378
                                            # 6201774

## CERTIFICATE OF SERVICE

    I, Donald J. Pechous, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on August 9, 2008, electronically via the ECF-CM system.

                                              /s/ *Donald J. Pechous*
                                              Donald J. Pechous