# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 962 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Tommie A. Bivens vs. Supt. Snooks, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to continue the show cause hearing is granted. The hearing date of 8/14/08 is vacated and reset to 8/21/08 at 9:30 a.m.

| | Courtroom Deputy Initials: | DS |
|---|---|---|