UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tommie A Bivens
                        Plaintiff,

v.                                       Case No.: 1:08−cv−00962
                                                Honorable Matthew F. Kennelly

Supt. Snooks, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/21/2008 and continued to 10/2/2008 at 09:00 AM., with parties by telephone. Rule to show cause is vacated. Answer to amended complaint due by 9/11/2008. Deadline to amend pleadings and add parties set for 1/16/2009. 26(a)(1) disclosures are due 9/3/2008. Fact discovery cutoff is 2/27/2009. 26(a)(2) disclosures are due by 5/15/2009, and rebuttal disclosures by 6/5/2009. Expert discovery cutoff is 6/26/2009. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.