## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TOMMIE A. BIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 962 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Matthew Kennelly |
| DEFENDANT SUPT. SNOOKS, | ) | |
| SHERIFF THOMAS DART, COOK COUNTY | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:  Maria J. Minor, Esq.
John J. Scharkey, Esq.
NEAL, GERBER AND EISENBERG, LTD.
Two N. LaSalle St.  Suite 2200
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on the September 11, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached *Defendant's Dart, Snook's and Cook County's Answers and Affirmative Defenses to Plaintiff's Amended Complaint*.

                                                            RICHARD A. DEVINE
                                                            State's Attorney of Cook County

                                      By:    /s/ *Paul W. Groah*
                                               Paul W. Groah
                                               Assistant State's Attorney
                                               Civil Actions Bureau
                                               500 Richard J. Daley Center
                                               Chicago, Il 60602
                                               (312) 603-5147

### CERTIFICATE OF SERVICE

     I, Paul W. Groah Assistant State's Attorney, hereby certify that the attached was served upon the individuals named above on September 11, 2008, electronically via the ECF-CM system

                                                            /s/ *Paul W. Groah*
                                                            Paul W. Groah